**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

| 2:14-cv-02229-HRH | DATE: April 7, 2017 |
|---|---|
| Year Case No   Initials | |

Title:   KAREN COSGROVE   vs.   NATIONAL FIRE & MARINE INSURANCE COMPANY
         Plaintiff                      Defendant

===============================================================

HON:   H. RUSSEL HOLLAND         Judge # 7-08

| Nancy Lealaisalanoa | Nancy Lealaisalanoa |
|---|---|
| Deputy Clerk | Court ECR |

**Attorney(s) for Plaintiff**               **Attorney(s) for Defendant(s)**

Everett Stacey Butler, Telephonic        Jay Richard Graif, Telephonic
Matthew David Williams, Telephonic
Steven J. Hulsman, Telephonic

===============================================================

**PROCEEDINGS:**   **XX**   **Open Court**   _____ **Chambers**   _____ **Other**

At 8:58 a.m. court convened. (Alaska Daylight Time)

Court and counsel heard re Revised Partial Summary Judgment Motion (dkt 147) & Motion for Partial Summary Judgment (dkt 160).

Arguments heard.

Revised Partial Summary Judgment Motion (dkt 147) **GRANTED,** written order to be issued. Motion for Partial Summary Judgment (dkt 160) **deemed as MOOT.**

At 9:29 a.m. court adjourned. (Alaska Daylight Time)

Total time: 31 minutes.


/____/ Notice to Counsel

CivGen #10-1/94