IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| KAREN COSGROVE | v. | NATIONAL FIRE & MARINE INSURANCE COMPANY |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO.   2:14-cv-2229-HRH |

PROCEEDINGS:    ORDER FROM CHAMBERS

---

The parties' *Stipulation and Request to Vacate and Seal Certain Orders*, Docket No. 173, filed May 4, 2017, is approved.  This case has been settled, and closing papers shall be filed by May 19, 2017.

Further, the orders issued by this court, at Docket Nos. 170 and 171, are hereby vacated.  Docket Nos. 170 and 171 shall be sealed by the clerk of court.

---